■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LADIS ALVARES VASQUEZ, Appellant.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Lawrence, Rosenblatt and Copertino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENIO VELEZ, Appellant.

By virtue of his guilty plea, the defendant forfeited the right to appellate review of the denial of his motion to dismiss the indictment for violation of his statutory right to a speedy trial *(see, People v O'Brien,* 56 NY2d 1009; *People v Friscia,* 51 NY2d 845; *cf., People v Shepphard,* 177 AD2d 668; CPL 30.30). Moreover, the defendant bargained for and received the statutorily authorized minimum sentence for the crime to which he pleaded guilty *(see,* Penal Law § 70.00 [2], [3]; *see also,* § 220.43). Therefore, his challenge to his sentence is without merit *(see, People v Kazepis,* 101 AD2d 816). Thompson, J. P., Sullivan, Harwood and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE WEBB, Appellant.

Mangano, P. J., Thompson, Sullivan, Eiber and Ritter, JJ., concur.